**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **International Communications Corporation** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-1658736** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11801 Pierce St., Floor 2** <br> **Riverside, CA 92505** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Riverside** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.iccnetworking.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **International Communications Corporation**                    Case number (*if known*) _____
        Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5179_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor    **International Communications Corporation**                        Case number (*if known*) _____
          Name

**10. Are any bankruptcy cases**     ■ No
**pending or being filed by a**      □ Yes.
**business partner or an**
**affiliate of the debtor?**

List all cases. If more than 1,     Debtor _____        Relationship _____
attach a separate list              District _____ When _____ Case number, if known _____

**11. Why is the case filed in**     *Check all that apply:*
**this district?**
                                     ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                       preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                     □ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**       ■ No
**have possession of any**           □ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**             **Why does the property need immediate attention?** (*Check all that apply.*)

                                     □ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                        What is the hazard? _____

                                     □ It needs to be physically secured or protected from the weather.

                                     □ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                     □ Other _____

                                     **Where is the property?** _____
                                                                Number, Street, City, State & ZIP Code

                                     **Is the property insured?**

                                     □ No

                                     □ Yes.  Insurance agency _____
                                             Contact name    _____
                                             Phone           _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of**    .   *Check one:*
**available funds**
                                     □ Funds will be available for distribution to unsecured creditors.

                                     ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**       □ 1-49              □ 1,000-5,000         □ 25,001-50,000
**creditors**                     ■ 50-99             □ 5001-10,000         □ 50,001-100,000
                                  □ 100-199           □ 10,001-25,000       □ More than100,000
                                  □ 200-999

**15. Estimated Assets**          □ $0 - $50,000              □ $1,000,001 - $10 million        □ $500,000,001 - $1 billion
                                  □ $50,001 - $100,000        □ $10,000,001 - $50  million      □ $1,000,000,001 - $10 billion
                                  □ $100,001 - $500,000       □ $50,000,001 - $100 million      □ $10,000,000,001 - $50 billion
                                  ■ $500,001 - $1 million     □ $100,000,001 - $500 million     □ More than $50 billion

**16. Estimated liabilities**     □ $0 - $50,000              ■ $1,000,001 - $10 million        □ $500,000,001 - $1 billion

---

Debtor    **International Communications Corporation**                                    Case number (*if known*) _____
      Name

          ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
          ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
          ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    **International Communications Corporation**                                    Case number (*if known*) _____
           Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 21, 2023**
               MM / DD / YYYY

X **/s/ Keith M. Alexis** _____          **Keith M. Alexis** _____
   Signature of authorized representative of debtor            Printed name

Title    **CEO** _____

**18. Signature of attorney**

X **/s/ Jenny R. Kasen** _____          Date  **December 21, 2023**
   Signature of attorney for debtor                               MM / DD / YYYY

**Jenny R. Kasen DE5849**
Printed name

**Kasen & Kasen, P.C.**
Firm name

**1213 N. King Street**
**Suite 2**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-652-3300**          Email address   **jkasen@kasenlaw.com**

**DE5849 DE**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **International Communications Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 21, 2023**     X **/s/ Keith M. Alexis**
                                             Signature of individual signing on behalf of debtor

                                             **Keith M. Alexis**
                                             Printed name

                                             **CEO**
                                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **International Communications Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................    $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................    $ _____ 706,909.52

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................    $ _____ 706,909.52

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ 1,303,869.10

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$ _____ 8,273,226.36

4. **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b

    $ _____ 9,577,095.46

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **International Communications Corporation**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank, N.A.** | checking | 6242 | $51.76 |
| 3.2. | **Wells Fargo Bank, N.A.** | checking | 6234 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$51.76

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
**Shenzhen Yunlink Technology Co., Ltd.
B3 Building, Anle Industrial Zone, Hangcheng Road, Gushu
Xixiang, Baoan, Shenzhen, China**
7.1.   **Contact/Tel: Daniel Su/ +86 18617063756**

$4,850.00

Debtor    **International Communications Corporation**                Case number *(If known)* _____
           Name

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

**9.**    **Total of Part 2.**                                                                    | $4,850.00 |
          Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

11a. 90 days old or less:          27,826.54         -          27,826.54    = ....         | $0.00 |
                          face amount                    doubtful or uncollectible accounts

**12.**    **Total of Part 3.**                                                                    | $0.00 |
          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19.**  **Raw materials** | | | | |
| **20.**  **Work in progress** | | | | |
| **21.**  **Finished goods, including goods held for resale** Finished goods | 9/30/23 | $702,007.76 | | $702,007.76 |
| **22.**  **Other inventory or supplies** | | | | |

**23.**    **Total of Part 5.**                                                                    | $702,007.76 |
          Add lines 19 through 22.  Copy the total to line 84.

**24.**    **Is any of the property listed in Part 5 perishable?**
          ■ No
          ☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
          ■ No
          ☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Debtor    **International Communications Corporation**                    Case number *(If known)* _____
                     Name

■ No
□ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

□ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br>**All printers, office equipment, etc. are 8+ years so no longer of value** | **$0.00** | | **$0.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                         | **$0.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    □ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    □ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
□ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

□ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor    **International Communications Corporation**     Case number *(If known)* _____
_____
Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Rent warehouse space at 19481 Harborgate Way, Torrance, CA 90501** | **has no interest in property - month to month rental** | **$0.00** | | **$0.00** |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | |
|---|---|
| | **$0.00** |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>**Patents owned by debtor** | **$0.00** | | **$0.00** |
| 61.  **Internet domain names and websites**<br>**www.iccnetworking.com** | **$0.00** | | **$0.00** |

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Debtor   **International Communications Corporation**                   Case number *(If known)* _____
        <sub>Name</sub>

    ■ No
    ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

<table>
<tr><td>Part 11:</td><td>**All other assets**</td></tr>
</table>

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor  **International Communications Corporation**          Case number *(If known)* _____
         Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$51.76** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$4,850.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$702,007.76** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$706,909.52** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$706,909.52** |

**Fill in this information to identify the case:**

Debtor name **International Communications Corporation**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **ABDULRAUF HAFEEZ - CARY, NC** Creditor's Name | **Describe debtor's property that is subject to a lien** **All accounts, equipment, inventory, goods, cash deposit accounts, contract rights, intellectual property, all cash and non cash proceeds** | $612,500.00 | $729,320.89 |
| **1009 Kennicott Ave Cary, NC 27513** Creditor's mailing address | **Describe the lien** **UCC lien** **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** ☐ No ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** **6326** | | | |
| **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **2.2** **Biz Fund, LLC** Creditor's Name | **Describe debtor's property that is subject to a lien** **none - debt paid** | $0.00 | $0.00 |
| **315 Avenue U Brooklyn, NY 11223** Creditor's mailing address | **Describe the lien** **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** ☑ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** **2626** | | | |

Debtor  **International Communications Corporation**                Case number (if known) _____
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **CFG Merchant Solutions, LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | | |
|---|---|---|---|
| **CFG Merchant Solutions, LLC** | **Describe debtor's property that is subject to a lien** | $27,826.54 | $0.00 |
| Creditor's Name | **Future receipts** | | |
| **201 Route 17 North** | | | |
| **Suite 805** | | | |
| **Rutherford, NJ 07070** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** **9735** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

| | | | |
|---|---|---|---|
| 2.4 **Everest Business Funding** | **Describe debtor's property that is subject to a lien** | $23,950.00 | $729,320.89 |
| Creditor's Name | **UCC lien** | | |
| **Customer Service Dept.** | | | |
| **5 West 37th Street** | | | |
| **Suite 1100** | | | |
| **New York, NY 10018** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** **6833** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

| | | | |
|---|---|---|---|
| 2.5 **Infusion Capital Group, LLC** | **Describe debtor's property that is subject to a lien** | $2,812.50 | $729,320.89 |
| Creditor's Name | **Blanket lien on all assets** | | |
| **40 Wall Street** | | | |
| **New York, NY 10005** | | | |

Debtor    **International Communications Corporation**        Case number (if known) _____
Name

---

| Creditor's mailing address | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **4423** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Lion Business Funding** | **Describe debtor's property that is subject to a lien** | $26,225.00 | $729,320.89 |
| | Creditor's Name | **Blanket lien on all assets** | | |
| | **1266 E. Main Street** | | | |
| | **Stamford, CT 06902** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **5018** | **As of the petition filing date, the claim is:** | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.7 | **OnDeck** | **Describe debtor's property that is subject to a lien** | $179,839.92 | $729,320.89 |
| | Creditor's Name | **Blanket lien on all assets** | | |
| | **4700 W. Daybreak Pkwy** | | | |
| | **Suite 200** | | | |
| | **South Jordan, UT 84009** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **0247** | **As of the petition filing date, the claim is:** | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |

---

| Debtor | **International Communications Corporation** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Oxygen Funding** | Describe debtor's property that is subject to a lien | $231,715.14 | $729,320.89 |
|---|---|---|---|---|

Creditor's Name
**9 Orchard Rd
Suite 101
Lake Forest, CA 92630**

**Blanket lien on all assets**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **U.S. Small Business Admin.** | Describe debtor's property that is subject to a lien | $199,000.00 | $729,320.89 |
|---|---|---|---|---|

Creditor's Name
**10737 Gateway West
#300
El Paso, TX 79935**

**Blanket lien on all assets**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
5996**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,303,869.10 |
|---|---|---|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor   **International Communications Corporation**                    Case number (if known) _____
         <span style="font-size:small">Name</span>

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company,<br>As Representative<br>P.O. Box 2576<br>Springfield, IL 62708** | Line  **2.2** | |

**Fill in this information to identify the case:**

Debtor name    **International Communications Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Abdulrauf Hafeez**<br>**1009 Kennicott Avenue**<br>**Cary, NC 27513**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$612,500.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**AGA World Partners, Inc.**<br>**830 W Route 22**<br>**Suite 365**<br>**Lake Zurich, IL 60047**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **services rendered**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,000.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**AGAVoice, Inc.**<br>**830 W Route 22**<br>**Suite 365**<br>**Lake Zurich, IL 60047**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **services rendered**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,000.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Amanda Frazier**<br>**1201 Fleetwood Drive**<br>**Carlisle, PA 17013**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$218,142.96** |

Debtor    **International Communications Corporation**                Case number (if known) _____
　　　　　Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,373.74 |
|---|---|---|---|

**American Express**
P.O. Box 981535
El Paso, TX 79998

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1004**

Basis for the claim: **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,813.81 |
|---|---|---|---|

**American Express SimplyCash Plus Card**
P.O. Box 981535
El Paso, TX 79998

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1005**

Basis for the claim: **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,250.00 |
|---|---|---|---|

**ATM Connect, LLC**
5718 Courtney Dr
Lothian, MD 20711

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,642.45 |
|---|---|---|---|

**Bank of America**
P.O. Box 982238
El Paso, TX 79998

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9070**

Basis for the claim: **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199,000.00 |
|---|---|---|---|

**CESC-COVID EIDL Service Center**
14925 Kingsport Rd
Fort Worth, TX 76155

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7900**

Basis for the claim: **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,682.00 |
|---|---|---|---|

**CFG Merchant Solutions**
180 Maiden Ln, 15th Floor
New York, NY 10038

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **merchant cash advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,096.72 |
|---|---|---|---|

**Dell Financial Services**
c/o DFS Customer Care Dept
P.O. Box 81577
Austin, TX 78708

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5842**

Basis for the claim: **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **International Communications Corporation**                      Case number (if known) _____
        _____
        Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,939.04 |

**Elsa Alexis**
**12272 Brianwood Drive**
**Riverside, CA 92503**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **loan**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.45 |

**EpicIO**
**3463 Lakemont Blvd**
**Suite 104B**
**Fort Mill, SC 29708**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **services rendered**

Last 4 digits of account number  **2786**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,950.00 |

**Everest Business Funding**
**Customer Service Dept.**
**5 West 37th St.**
**Suite 1100**
**New York, NY 10018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **merchant cash advance**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144,545.45 |

**Francine Camacho**
**12272 Brianwood Drive**
**Riverside, CA 92503**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **loan**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $980.00 |

**Frontier Communications**
**P.O. Box 709**
**South Windsor, CT 06074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **services rendered**

Last 4 digits of account number  **6235**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,750.00 |

**Hi-Net**
**704 A Side, 2 Building**
**Tongtai Time Center**
**Fuyong Town**
**Shenzhen, China**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **purchase of goods**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,812.50 |

**Infusion Capital Group, LLC**
**40 Wall Street**
**New York, NY 10005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **merchant cash advance**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **International Communications Corporation**
       Name                                                  Case number *(if known)*

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,593.75**

Jack Weaver
3932 Sanford Creek Ave
Wake Forest, NC 27587

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __services rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98,081.20**

Joy Camacho
12272 Brianwood Drive
Riverside, CA 92503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __services rendered - $27,904
loan - $70,177.20__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,480.00**

Justin Alexis
12272 Brianwood Drive
Riverside, CA 92503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __services rendered__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$229,333.37**

Keith Alexis
12272 Brianwood Dr
Riverside, CA 92503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __loan__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,225.00**

Lion Business Funding
1266 E. Main Street
Stamford, CT 06902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __merchant cash advance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95,527.01**

LoanMe
P.O. Box 465
Dublin, OH 43017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __3630__

**Basis for the claim:** __loan__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,715.00**

Metric Systems
2091 Las Palmas Drive
Suite D
Carlsbad, CA 92011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __purchase of goods__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **International Communications Corporation**
_____   Case number (if known) _____
Name

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $179,839.92 |
|---|---|---|---|

**OnDeck**
**4700 W. Daybreak Pkwy**
**Suite 200**
**South Jordan, UT 84009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **loan**

Last 4 digits of account number  **0247**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $70,802.20 |
|---|---|---|---|

**OnDeck**
**4700 W. Daybreak Pkwy**
**Suite 200**
**South Jordan, UT 84009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **line of credit**

Last 4 digits of account number  **9373**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $231,715.14 |
|---|---|---|---|

**Oxygen Funding**
**9 Orchard Rd**
**Suite 101**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **line of credit for purchase of goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,367.50 |
|---|---|---|---|

**Pan Star Express Corporation**
**19481 Harborgate Way**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **services rendered**

Last 4 digits of account number  **2392**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**Parada Design & Consulting**
**20280 State St**
**Corona, CA 92881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **purchase of goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,537.50 |
|---|---|---|---|

**PracTechal**
**1810 E. Sahara Ave**
**Suite 212, #173**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **purchase of goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27,615.30 |
|---|---|---|---|

**RELM Startup & Corporate Law**
**Attn: Laurie Miller**
**20991 Miramar Dr**
**Bend, OR 97702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **International Communications Corporation**                    Case number (if known) _____
_____
Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166,278.04 |

**Salman Qureshi**
**25481 Pacific Hills Drive**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214,220.00 |

**Shazab Futuretech Solutions**
**No: 294, 1st Floor**
**4th Cross, 7th Block, Koramangia**
**Karnataka, India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __services rendered__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,296.63 |

**Stripe Services, Inc.**
**354 Oyster Point Blvd**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __loan__

Last 4 digits of account number __0Et1__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,113.00 |

**Sunny Valley Cyber Security, Inc,**
**19925 Stevens Creek Blvd**
**Suite 100**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __services rendered__

Last 4 digits of account number __0015__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,140,266.84 |

**Systellex**
**20 Parliament Pl**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __services rendered__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,401.04 |

**The Technology Xchange**
**1821 Stanford Ave**
**Redondo Beach, CA 90278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __services rendered__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,500.00 |

**Til-Tek Antennae**
**500 Van Buren St**
**Kempville, Ontario, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __purchase of goods__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **International Communications Corporation**
_____
Name

Case number (if known) _____

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157,771.73 |

**Trilogy NextGen**
**2823 W. Irving Blvd**
**Irving, TX 75061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **purchase of goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,491.78 |

**Wells Fargo**
**P.O. Box 29482**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **credit card**

Last 4 digits of account number  **5645**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,783.03 |

**Wells Fargo**
**P.O. Box 29482**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **credit card**

Last 4 digits of account number  **4613**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,281.26 |

**William Perkins**
**2865 SE 1st Pl**
**Boynton Beach, FL 33435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,100.00 |

**Y Suite Media**
**7601 E. Ben White Blvd**
**Austin, TX 78741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **purchase of goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 8,273,226.36 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 8,273,226.36 |

**Fill in this information to identify the case:**

Debtor name __**International Communications Corporation**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **International Communications Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Keith Alexis** | **12272 Brianwood Dr** <br> **Riverside, CA 92503** | **ABDULRAUF HAFEEZ - CARY, NC** | ■ D    **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Keith Alexis** | **12272 Brianwood Dr** <br> **Riverside, CA 92503** | **CFG Merchant Solutions, LLC** | ■ D    **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Keith Alexis** | **12272 Brianwood Dr** <br> **Riverside, CA 92503** | **Everest Business Funding** | ■ D    **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Keith Alexis** | **12272 Brianwood Dr** <br> **Riverside, CA 92503** | **Lion Business Funding** | ■ D    **2.6** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Keith Alexis** | **12272 Brianwood Dr** <br> **Riverside, CA 92503** | **Infusion Capital Group, LLC** | ■ D    **2.5** <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **International Communications Corporation**          Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Keith Alexis**     **12272 Brianwood Dr**  **Riverside, CA 92503** | **OnDeck** | ■ D __2.7___  ☐ E/F _____  ☐ G _____ |
| 2.7 | **Keith Alexis**     **12272 Brianwood Dr**  **Riverside, CA 92503** | **Oxygen Funding** | ■ D __2.8___  ☐ E/F _____  ☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>International Communications Corporation</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br><br>☐ Other _____ | **$762,072.46** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  **American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998** | **9/19/23,<br>10/2/23,<br>10/10/23,<br>11/13/23,<br>11/20/23** | **$17,526.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **credit card** |

Debtor   **International Communications Corporation**                           Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2.  **CFG Merchant Solutions, LLC**<br>**201 Route 17 North**<br>**Suite 805**<br>**Rutherford, NJ 07070** | 9/27/23 - 11/13/23 every business day and 12/15/23 | $16,068.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **Everest Business Funding**<br>**Customer Service Dept.**<br>**5 West 37th Street**<br>**Suite 1100**<br>**New York, NY 10018** | 9/19/23 - 11/24/23 every business day | $24,500.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **Infusion Capital Group, LLC**<br>**40 Wall Street**<br>**New York, NY 10005** | 10/5/23 - 11/22/23 every business day | $19,687.50 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  **Lion Business Funding**<br>**1266 E. Main Street**<br>**Stamford, CT 06902** | 11/14/23, 11/15/23, 11/16/23, 11/17/23, 11/20/23, 11/21/23 | $11,250.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.  **OnDeck**<br>**4700 W. Daybreak Pkwy**<br>**Suite 200**<br>**South Jordan, UT 84009** | 9/20/23, 9/25/23, 9/27/23, 10/2/23, 10/3/23, 10/4/23, 10/10/23, 10/11/23, 10/16/23, 10/18/23, 10/25/23, 10/30/23, 11/1/23, 11/6/23, 11/13/23, 11/15/23, 11/20/23 | $43,457.43 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.  **Stripe Services, Inc.**<br>**354 Oyster Point Blvd**<br>**South San Francisco, CA 94080** | 10/13/23, 12/11/23 | $7,867.89 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **International Communications Corporation**                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **CA Department of Tax**<br>**3737 Main Street**<br>**Suite 1000**<br>**Riverside, CA 92501** | **11/21/23,**<br>**12/4/23,**<br>**12/5/23** | **$12,701.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **taxes** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Keith Alexis**<br>**12272 Brianwood Dr**<br>**Riverside, CA 92503** | **1/1/23 -**<br>**11/22/23** | **$39,737.50** | **payroll** |
| 4.2. **Amanda Frazier**<br>**1201 Fleetwood Drive**<br>**Carlisle, PA 17013** | **1/1/23 -**<br>**11/22/23** | **$39,737.50** | **payroll** |
| 4.3. **Amanda Frazier**<br>**1201 Fleetwood Drive**<br>**Carlisle, PA 17013** | **11/20/23** | **$5,019.05** | **loan repayment** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor   **International Communications Corporation** _____   Case number *(if known)* _____

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kasen & Kasen, P.C.**<br>**1213 N. King Street**<br>**Suite 2**<br>**Wilmington, DE 19801** | | **December 13, 14 and 19, 2023** | **$7,338.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **International Communications Corporation** _____     Case number _(if known)_ _____

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---
**Part 7:** Previous Locations
---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---
**Part 8:** Health Care Bankruptcies
---

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---
**Part 9:** Personally Identifiable Information
---

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---
**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units
---

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **International Communications Corporation**          Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Pan Star Express Corporation 19481 Harborgate Way Torrance, CA 90501** | **Pan Star Express employees** | **inventory** | ☐ No ■ Yes |
| **Riverside 12272 Brianwood Dr Riverside, CA 92503** | **Joy Alexis, Keith Alexis** | **inventory** | ☐ No ■ Yes |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

| Debtor | International Communications Corporation | Case number *(if known)* | |
|---|---|---|---|

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Jodi Whittaker** **KDP Certified Public Accountants, LLP** **101 S. 27th Street** **Boise, ID 83702** | **January 2015 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Amanda Frazier** **1201 Fleetwood Drive** **Carlisle, PA 17013** | |
| 26c.2. **Keith Alexis** **12272 Brianwood Dr** **Riverside, CA 92503** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **John McLean** **Abington Emerson Capital** **778 N. Coast Hwy 101** **Encinitas, CA 92024** |

Debtor    **International Communications Corporation**          Case number *(if known)* _____

| Name and address |
|---|

**26d.2.**  **Coface**
650 College Road East
Suite 2005
Princeton, NJ 08540

**26d.3.**  **U.S. Small Business Admin.**
14925 Kingsport Rd
Fort Worth, TX 76155

**26d.4.**  **Tailored Capital**
4695 Macarthur Ct
Fl 11
Newport Beach, CA 92660

**26d.5.**  **Tetragon Capital**
13785 Research Blvd
Austin, TX 78750

**26d.6.**  **Powerton Global**
15402 Dexler Drive
Austin, TX 78734

**26d.7.**  **Cerebro Capital**
12 W Madison St
Baltimore, MD 21201

**26d.8.**  **Garrington Capital**
570 Lake Cook Rd
Suite 120
Cedar Park, TX 78613

**26d.9.**  **Cogent Growth Capital**
108 Fernwood Dr
Suite 100
Woodstock, GA 30188

**26d.10.**  **Diamond Ventures Capital**
2200 East River Road
Suite 115
Tucson, AZ 85718

**26d.11.**  **Deacon Assets**
Block C, 68 Leslie Ave
Lonehill, Johannesburg 2191

**26d.12.**  **Tele-Expert**
128 City Road
London EC1V 2 NX (UK)

**26d.13.**  **IQ Capital**
444 South Flower
13th Floor
Los Angeles, CA 90071

**26d.14.**  **Networx1**
1405 West Swann Avenue
Tampa, FL 33606

**26d.15.**  **Amerigoal**
645 Hembree Pkwy
Suite K
Roswell, GA 30076

Debtor  **International Communications Corporation**  Case number *(if known)* _____

| Name and address | |
|---|---|
| 26d.16. | **NYTribeca**<br>**75 Broad Street**<br>**23rd Floor**<br>**New York, NY 10004** |
| 26d.17. | **Russ Adler**<br>**200 S. Pine Island Rd**<br>**Fort Lauderdale, FL 33324** |
| 26d.18. | **Everstrem Capital**<br>**2090 IH N 35 #4114**<br>**New Braunfels, TX 78130** |
| 26d.19. | **Garner Equity Funding Group**<br>**Bahnhoffstrasse 100**<br>**Zurich Ch-8001 Switzerland** |
| 26d.20. | **OCFO**<br>**590 Madison Avenue**<br>**New York, NY 10022** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Keith Alexis | 12272 Brianwood Dr<br>Riverside, CA 92503 | CEO, creditor, shareholder, Board Member | 36.3 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Louis Mazzane | 806 Pearl Blvd<br>Montoursville, PA 17754 | Former Dir Sales, Shareholder | 4.5 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Amanda Frazier | 1201 Fleetwood Drive<br>Carlisle, PA 17013 | COO; Creditor; Shareholder | 10 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joycelyn Alexis | 12272 Brianwood Drive<br>Riverside, CA 92503 | Contract employee; Creditor; Shareholder | 3.2 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Salman Qureshi | 25481 Pacific Hills Drive<br>Mission Viejo, CA 92692 | Former CTO; Creditor; Shareholder | 4.5 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Ells | 17 Sandstone<br>Portola Valley, CA 94028 | Board Member; Shareholder | 31.2 |

Debtor    **International Communications Corporation**                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Laurie Miller | 20991 Miramar Dr<br>Bend, OR 97702 | Prior Board Member | 1.9 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Murphy | 818 Linfield Terrace NE<br>Leesburg, VA 20176 | Board Member | 1 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Denis McCarthy | 2260 Lincoln Street<br>Eugene, OR 97405 | Shareholder | 0.5 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Asim Qureshi (Systellex) | 20 Parliament Pl<br>Ladera Ranch, CA 92694 | Board Member; Creditor; Shareholder | 5.8 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Spangler | 1507 S Proctor Ct<br>Louisville, CO 80027 | Employee | 0.1 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Adam Farb | 245 Jamie Lane<br>Lake Zurich, IL 60047 | Contractor | 0.1 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason Morris | 1155 Ramsgate Court<br>Indianapolis, IN 46280 | Prior employee | 0.3 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1<br>. | **Keith Alexis**<br>12272 Brianwood Dr<br>Riverside, CA 92503 | $39,737.50 | 1/1/23 - 11/22/23 | payroll |
| | **Relationship to debtor**<br>CEO; Shareholder; Board Member | | | |

Debtor   **International Communications Corporation**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Amanda Frazier**<br>**1201 Fleetwood Drive**<br>**Carlisle, PA 17013** | **$39,737.50** | **1/1/23 -**<br>**11/22/23** | **payroll** |
| | **Relationship to debtor**<br>**COO; Creditor; Shareholder** | | | |
| 30.3. | **Amanda Frazier**<br>**1201 Fleetwood Drive**<br>**Carlisle, PA 17013** | **$5,019.05** | **11/20/23** | **loan repayment** |
| | **Relationship to debtor**<br>**COO; Creditor; Shareholder** | | | |
| 30.4. | **Salman Qureshi**<br>**25481 Pacific Hills Drive**<br>**Mission Viejo, CA 92692** | **$13,975.79 (share value)** | **February 2023** | **exercised option to purchase shares** |
| | **Relationship to debtor**<br>**Chief Technology Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **International Communications Corporation**          Case number *(if known)* _____

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 21, 2023**

**/s/ Keith M. Alexis**                              **Keith M. Alexis**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re    **International Communications Corporation**
Debtor(s)

Case No. _____
Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,000.00 |
| Prior to the filing of this statement I have received | $ | 7,000.00 |
| Balance Due | $ | 0.00 |

2. $  **338.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. Kasen & Kasen, P.C. has agreed to render legal services and be compensated for such services in accordance with and subject to all terms and conditions set forth in its retainer agreement with the Debtor, the terms of which are incorporated herein by reference, and a copy of which will be made available upon request.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 20, 2023**
*Date*

/s/ Jenny R. Kasen
**Jenny R. Kasen DE5849**
*Signature of Attorney*
**Kasen & Kasen, P.C.**
**1213 N. King Street**
**Suite 2**
**Wilmington, DE 19801**
**302-652-3300  Fax: 856-424-7565**
**jkasen@kasenlaw.com**
*Name of law firm*

# United States Bankruptcy Court
## District of Delaware

In re __International Communications Corporation__ _____  Case No. _____

Debtor(s)                                            Chapter __7__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __December 21, 2023__ _____        __/s/ Keith M. Alexis__ _____

__Keith M. Alexis__/__CEO__
Signer/Title

Abdulrauf Hafeez
1009 Kennicott Avenue
Cary, NC 27513

ABDULRAUF HAFEEZ - CARY, NC
1009 Kennicott Ave
Cary, NC 27513

AGA World Partners, Inc.
830 W Route 22
Suite 365
Lake Zurich, IL 60047

AGAVoice, Inc.
830 W Route 22
Suite 365
Lake Zurich, IL 60047

Amanda Frazier
1201 Fleetwood Drive
Carlisle, PA 17013

American Express
P.O. Box 981535
El Paso, TX 79998

American Express SimplyCash Plus Card
P.O. Box 981535
El Paso, TX 79998

ATM Connect, LLC
5718 Courtney Dr
Lothian, MD 20711

Bank of America
P.O. Box 982238
El Paso, TX 79998

Biz Fund, LLC
315 Avenue U
Brooklyn, NY 11223

CESC-COVID EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155

CFG Merchant Solutions
180 Maiden Ln, 15th Floor
New York, NY 10038

CFG Merchant Solutions, LLC
201 Route 17 North
Suite 805
Rutherford, NJ 07070

Corporation Service Company,
As Representative
P.O. Box 2576
Springfield, IL 62708

Dell Financial Services
c/o DFS Customer Care Dept
P.O. Box 81577
Austin, TX 78708

Elsa Alexis
12272 Brianwood Drive
Riverside, CA 92503

EpicIO
3463 Lakemont Blvd
Suite 104B
Fort Mill, SC 29708

Everest Business Funding
Customer Service Dept.
5 West 37th Street
Suite 1100
New York, NY 10018

Everest Business Funding
Customer Service Dept.
5 West 37th St.
Suite 1100
New York, NY 10018

Francine Camacho
12272 Brianwood Drive
Riverside, CA 92503

Frontier Communications
P.O. Box 709
South Windsor, CT 06074

Hi-Net
704 A Side, 2 Building
Tongtai Time Center
Fuyong Town
Shenzhen, China

Infusion Capital Group, LLC
40 Wall Street
New York, NY 10005

Jack Weaver
3932 Sanford Creek Ave
Wake Forest, NC 27587

Joy Camacho
12272 Brianwood Drive
Riverside, CA 92503

Justin Alexis
12272 Brianwood Drive
Riverside, CA 92503

Keith Alexis
12272 Brianwood Dr
Riverside, CA 92503

Lion Business Funding
1266 E. Main Street
Stamford, CT 06902

LoanMe
P.O. Box 465
Dublin, OH 43017

Metric Systems
2091 Las Palmas Drive
Suite D
Carlsbad, CA 92011

OnDeck
4700 W. Daybreak Pkwy
Suite 200
South Jordan, UT 84009

Oxygen Funding
9 Orchard Rd
Suite 101
Lake Forest, CA 92630

Pan Star Express Corporation
19481 Harborgate Way
Torrance, CA 90501

Parada Design & Consulting
20280 State St
Corona, CA 92881

PracTechal
1810 E. Sahara Ave
Suite 212, #173
Las Vegas, NV 89104

RELM Startup & Corporate Law
Attn: Laurie Miller
20991 Miramar Dr
Bend, OR 97702

Salman Qureshi
25481 Pacific Hills Drive
Mission Viejo, CA 92692

Shazab Futuretech Solutions
No: 294, 1st Floor
4th Cross, 7th Block, Koramangia
Karnataka, India

Stripe Services, Inc.
354 Oyster Point Blvd
South San Francisco, CA 94080

Sunny Valley Cyber Security, Inc,
19925 Stevens Creek Blvd
Suite 100
Cupertino, CA 95014

Systellex
20 Parliament Pl
Ladera Ranch, CA 92694

The Technology Xchange
1821 Stanford Ave
Redondo Beach, CA 90278

Til-Tek Antennae
500 Van Buren St
Kempville, Ontario, Canada

Trilogy NextGen
2823 W. Irving Blvd
Irving, TX 75061

U.S. Small Business Admin.
10737 Gateway West
#300
El Paso, TX 79935

Wells Fargo
P.O. Box 29482
Phoenix, AZ 85038

William Perkins
2865 SE 1st Pl
Boynton Beach, FL 33435

Y Suite Media
7601 E. Ben White Blvd
Austin, TX 78741

# United States Bankruptcy Court
### District of Delaware

In re   **International Communications Corporation**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **International Communications Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 21, 2023**

Date

**/s/ Jenny R. Kasen**

**Jenny R. Kasen DE5849**

Signature of Attorney or Litigant

Counsel for   **International Communications Corporation**

**Kasen & Kasen, P.C.**
**1213 N. King Street**
**Suite 2**
**Wilmington, DE 19801**
**302-652-3300 Fax:856-424-7565**
**jkasen@kasenlaw.com**